UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO E. GUTIERREZ,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. GOVERNMENT, et al.,<br><br>   Defendants. | Case No. 3:23-cv-02498-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 9 |

On October 17, 2023, Chief Magistrate Judge Donna M. Ryu issued a Report and Recommendation, recommending that this action be dismissed for failure to prosecute. [Dkt. No. 9]. The deadline for objections has passed and none were filed. *See* Fed. R. Civ. Proc. 72(b). The defendant did not appear and so did not consent to the jurisdiction of a magistrate judge. [Dkt. No. 9].

Having reviewed the record in this case, I agree with Judge Ryu's Report and Recommendation and adopt it in full. Plaintiff was given the opportunity to file an amended complaint after Judge Ryu determined the complaint failed to state a claim and was implausible and "bordering on delusional." [Dkt. No. 8]. Plaintiff was given multiple warnings about failure to prosecute. *See* [Dkt. Nos. 8, 9]. Plaintiff was also given an opportunity to respond to the report and recommendation and show he intended to continue litigating the matter, but he failed to do so.

Accordingly, this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: November 6, 2023

William H. Orrick
United States District Judge